IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02920-AP

MATTHEW LEROY LAMANCE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| | |
|---|---|
| | For Plaintiff: |
| | Michael W. Seckar |
| | Seckar Law |
| | 402 W.12th Street |
| | Pueblo, CO 81003 |
| | 719-543-8403 |
| | seckarlaw@mindspring.com |
| | |
| | For Defendant: |
| John F. Walsh | Thomas H. Kraus |
| United States Attorney | Special Assistant United States Attorney |
| | Office of the General Counsel |
| J.B. García | Social Security Administration |
| Assistant United States Attorney | 1961 Stout Street, Suite 4169 |
| District of Colorado | Denver, Colorado 80294-4003 |
| | (303) 844-0017 |
| | tom.kraus@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

- 1 -

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed: October** 25, 2013

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** January 15, 2014

    C.    **Date Answer and Administrative Record Were Filed:** March 17, 2014

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

### 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

### 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

### 7. OTHER MATTERS

This Case was previously before this Court, case 11-cv-1666-JLK. On March 27, 2012, Judge Kane granted Defendant's motion to remand pursuant to sentence four of 42 U.S.C. § 405(g). The parties have no other matters to bring to the attention of the Court.

### 8. BRIEFING SCHEDULE

Because of workload and scheduled conflicts, the parties respectfully request briefing to commence later than 40 days after the filing of this Joint Case Management Plan as follows:

    A.    **Plaintiff's Opening Brief Due:** June 2, 2014

    B.    **Defendant's Response Brief Due:** July 2, 2014

    C.    **Plaintiff's Reply Brief (If Any) Due:** July 17, 2014

### 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

- A.   (X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

- B.   ( )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 2nd day of April, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

/s/ Michael W. Seckar
Michael W. Seckar
Seckar Law
402 W.12th Street
Pueblo, CO 81003
719-543-8403
seckarlaw@mindspring.com

Attorney for Plaintiff

/s/ Thomas H. Kraus
By: Thomas H. Kraus
Special Assistant U.S. Attorney
Social Security Administration
1961 Stout Street, Ste. 4169
Denver, CO 80294-4003
303-844-0017
tom.kraus@ssa.gov

Attorneys for Defendant.