IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02920-KMT

MATTHEW LEROY LAMANCE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kathleen M. Tafoya on March 30, 2015 , incorporated herein by reference, it is

ORDERED that the Commissioner's determination is REVERSED and this case is REMANDED to the Commissioner for further proceedings consistent with the Order. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Matthew Leroy Lamance, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.  It is

FURTHER ORDERED that any request for costs or attorneys' fees shall be made within 14 days of the date of this Order.

DATED at Denver, Colorado this  30th  day of March,  2015.

                    FOR THE COURT:

                    JEFFREY P. COLWELL, CLERK

                    s/M. Ortiz
                    M. Ortiz, Deputy Clerk