IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02920–KMT

MATTHEW LEROY LAMANCE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant's Unopposed Motion to Alter or Amend EAJA Order Pursuant to Fed. R. Civ. P. 59(e)" (Doc. No. 27, filed May 22, 2015) is GRANTED. The May 4, 2015 Minute Order requiring the Government to pay to Plaintiff the sum of $4,500, deliverable to his attorney, within 30 days from the date of that order is AMENDED to provide that Government shall pay to Plaintiff the sum of $4,500, deliverable to his attorney, <u>promptly within the ordinary course of business after the award has become final</u>.

Dated: May 26, 2015